CLEMENTS, Appellant, *v.* KNOESEL et al., Respondents.

*(Common Pleas of New York City and County, General Term.* November 11, 1881.)

Action by Lena Clements against Julius Knoesel and others. Plaintiff appeals from order denying her motion to resettle order.

Argued before DALY, C. J., and BISCHOFF, J.

*H. Webb,* for appellant.    *M. Herman,* for respondents.

No opinion.    Order appealed from shall be modified by directing the resettlement of the order of the 30th day of January, 1891, by inserting after the words "coming on to be heard" as follows: "Upon the order to show cause, and the affidavits of Julius, Emily, and William Knoesel served therewith."

No costs of this appeal to either party.